UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

NICHOLAS DAVID MOSQUERA,
Institutional ID No. 02377827

           Plaintiff,

v.

AMANDA LAYLAND, et al.,

           Defendants.

No. 1:24-CV-00061-H

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

    The United States Magistrate Judge made findings, conclusions, and a recommendation in this prisoner civil-rights case. Dkt. No. 32. The Magistrate Judge recommends that the Court dismiss all but one of Plaintiff's 42 U.S.C. § 1983 claims for failure to state a claim. In particular, the Magistrate Judge recommends that the Court dismiss Plaintiff's Eighth Amendment excessive-force claim against Defendant Jaime McGowan and his Fourteenth Amendment access-to-courts claims against Defendant Amanda Layland that are based on his state habeas claims and challenge to a child-support lien.

    But the Magistrate Judge concludes that Plaintiff's access-to-courts claim against Layland that is based on his state criminal appeal survives preliminary screening and recommends that the Court proceed with service of process on this claim, requiring an answer from Layland. Plaintiff did not file any objections.

    The District Court has conducted an independent review of the record in this case and reviewed the Magistrate Judge's report for plain error. Finding no plain error, the

Court accepts and adopts the findings of fact, conclusions of law, and recommendation of the Magistrate Judge.

The Court therefore orders that:

(1) Plaintiff's Section 1983 Eighth Amendment claim against Defendant Jaime McGowan is dismissed with prejudice for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

(2) Plaintiff's Section 1983 Fourteenth Amendment claims against Defendant Amanda Layland that are based on Plaintiff's state habeas claims and challenge to a child-support lien are dismissed with prejudice for failure to state a claim. *See id.*

(3) Partial final judgment should be entered as to the above-described Defendants and claims under Federal Rule of Civil Procedure 54(b). *See* Fed. R. Civ. P. 54(b).

(4) The Court will enter a separate order directing service and requiring an answer from Layland on Plaintiff's remaining Fourteenth Amendment claim.

All relief not expressly granted is denied.

The Court will enter judgment under Rule 54(b) accordingly.

So ordered.

Dated February 2, 2026.

JAMES WESLEY HENDRIX
United States District Judge